**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, FERNANDO GALVAN-DURAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1: 08-cr-00264 LJO (004) |
| ……….Plaintiff, | |
| vs. | **EX PARTE REQUEST TO CHANGE DATE OF BAIL REVIEW HEARING;** |
| FERNANDO GALVAN-DURAN, et al., | |
| Defendant. | **ORDER** |

Defendant FERNANDO GALVAN-DURAN, by and through his attorney of record, JOAN JACOBS LEVIE, hereby requests that his bail review hearing, currently calendared for Wednesday, February 4, 2009, at 1:30 P.M. in the Courtroom of Magistrate Judge Sandra Snyder, be rescheduled until February 11, 2009 at 1:30 P.M. in the Courtroom of Magistrate Judge Sandra Snyder.  The reason for the one week delay is to allow sufficient time for Pretrial Services to interview him and write a report as well as to allow counsel to prepare and file a memorandum.

DATED:      February 3, 2009            Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
FERNANDO GALVAN-DURAN

//////
//////

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:08-cr-00264-LJO   Document 108   Filed 02/03/09   Page 2 of 2

-2-

IT IS SO ORDERED.

Dated:   February 3, 2009                    /s/ Sandra M. Snyder

                                                  SANDRA M. SNYDER

                                                  U.S. MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com