1  **JOAN JACOBS LEVIE, #179787**
   **LAW OFFICES OF JOAN JACOBS LEVIE**
2  2014 TULARE STREET, SUITE 528
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 498-8155
   FACSIMILE: (559) 498-8165
4
   Attorney for Defendant, FERNANDO GALVAN-DURAN
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-F- 08-0264 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO ADVANCE SENTENCING** |
| FERNANDO GALVAN-DURAN, et al., | ) **HEARING; ORDER** |
| Defendant. | ) Date:    June 5, 2009 |
| | ) Time:   9:00 A.M. |
| | Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for June 26, 2009, **be advanced to June 5, 2009 at 9:00 a.m.**

This advancement is requested by counsel for the defendant on the following grounds: 1) Defendant has no objection to PSR; 2) The parties have agreed on the recommended sentence; and 3) Government has no objection to this request.

Respectfully submitted,

DATED:    June 1, 2009        /s/ Laurel Montoya
                              LAUREL MONTOYA
                              Assistant United States Attorney
                              Attorney for Plaintiff

-1-

DATED:        June 1, 2009          /S/ Joan Jacobs Levie
                                     JOAN JACOBS LEVIE
                                     Attorney for Defendant,
                                     FERNANDO GALVAN-DURAN

**ORDER**

The request is both reasonable and is granted.

IT IS SO ORDERED.

Dated:_June 1, 2009_____                    /s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE